UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JASMONE KAUSVAS SMITH,

Plaintiff,

v.

SHELLEY BERKLEY, *et. al.*,

Defendants.

Case No. 2:26-cv-00792-JAD-EJY

**Order Adopting Report & Recommendation**

(ECF No. 5)

On 11/4/26, the magistrate judge entered this order, report, and recommendation [ECF No. 5]:

On September 28, 2026 the Court denied Plaintiff's application to proceed *in forma pauperis* ("IFP") without prejudice. ECF No. 4. The Court found that Plaintiff made inconsistent representations about his income that failed to demonstrate an inability to pay the filing fee. *Id.* The Court provided Plaintiff through October 28, 2026 to either file a long form IFP application or pay the filing fee. *Id.* The Court advised Plaintiff that failure to comply with the Order would result in a recommendation that this matter be dismissed in its entirety. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's Order by either submitting a long form IFP application or by paying the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

Dated this 4th day of November, 2026.

## Order Adopting Report & Recommendation

The deadline for anyone to object to this recommendation was 11/18/2026, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and

recommendation, I find good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation [**ECF No. 5] is ADOPTED** in its entirety, and **THIS CASE IS DISMISSED.** The Clerk of Court is directed to **CLOSE THIS CASE.**

_______________________________
U.S. District Judge Jennifer A. Dorsey
Dated: November 24, 2026